# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. SPRAGUE, HONORABLE RONALD D. CASTILLE AND HONORABLE STEPHEN ZAPPALA, SR.,** | : | **CIVIL ACTION NO. 1:16-CV-2169** |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **PEDRO A. CORTES,** | : | |
| Defendant | : | |

## ORDER OF RECUSAL

AND NOW, this 31st day of October, 2016, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action. The Clerk of Court shall reassign the case to another judge.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania