# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. SPRAGUE,** *et al*.<br>**Plaintiffs,**<br><br>v.<br><br>**PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth of Pennsylvania,**<br>**Defendant.** | Docket No. 1:16-CV-02169-RDM |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance in the above-captioned matter on behalf of Defendant Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania.

    Respectfully submitted,

Date:  October 31, 2016    By:  /s/ Timothy E. Gates
    TIMOTHY E. GATES
    Chief Counsel
    Attorney I.D. # 202305
    Office of Chief Counsel
    PA Department of State
    306 North Office Building
    Harrisburg, PA 17120
    Tel:  717-783-0736
    Fax: 717-214-9899
    Email:  tgates@pa.gov

## **CERTIFICATE OF SERVICE**

I, Timothy E. Gates, certify that on October 31, 2016, I served the foregoing **Entry of Appearance** by Notice of Docket Activity sent automatically by CM/ECF on the following counsel registered as a CM/ECF filing user who has consented to accepting electronic service through CM/ECF:

Jordann R. Conaboy, Esquire
Sprague and Sprague
135 South 19th Street, Suite 400
Philadelphia, PA 19103
Phone: 215-561-7681
Email: jconaboy@spragueandsprague.com

Richard A. Sprague, Esquire
Sprague & Sprague
135 South 18th Street, Suite 400
Philadelphia, PA 19103
Phone: 215-561-7681
Email: rasprague@spragueandsprague.com

Date: October 31, 2016                By:  /s/Timothy E. Gates
                                           TIMOTHY E. GATES