IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD A. SPRAGUE, et al.         :
                                   :
        Plaintiffs,                :
                                   :
v.                                 :   1:16-CV-02169
                                   :   (JUDGE MARIANI)
PEDRO A. CORTES                    :
                                   :
        Defendant.                 :

## ORDER

AND NOW, THIS ___9th___ DAY OF DECEMBER, 2016, upon consideration of Defendant Pedro A. Cortés' Motion to Dismiss (Doc. 19), **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss (Doc. 19) is **GRANTED** for the reasons set forth in the accompanying memorandum opinion (Doc. 38).

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Court Judge